22088. Wilkins v. The State.

Broyles, C. J. There is no evidence in the record of this case authorizing the defendant's conviction of the offense charged (larceny of an automobile), and the refusal to grant him a new trial was error.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

Decided February 17, 1932.

*M. B. Eubanks,* for plaintiff in error.
*M. Neil Andrews, solicitor-general, Horace D. Shattuck,* contra.

20572. Southern Railway Company v. Bateman Fruit Exchange.

Bell, J. Under instructions received from the Supreme Court in answer to questions certified in this case, the petition set forth a cause of action, and on the evidence adduced the direction of the verdict for the plaintiff was not erroneous for any reason assigned. 173 *Ga.* 826 (162 S. E. 112). *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

Decided February 17, 1932.

*Harris, Harris & Popper,* for plaintiff in error.
*Smith & Smith, George A. Pindar,* contra.

20733. Hartsfield Company v. Demos.

Bell, J. Under instructions received from the Supreme Court in answer to a question certified in this case, the superior court erred in sustaining the certiorari to the extent of amending the judgment of the municipal court so as to allow interest on such judgment only at the rate of seven per cent. per annum. Under the contract sued on, the plaintiff was entitled to interest after judgment, as well as before, at the agreed rate of 3-1/2 per cent. monthly. 174 *Ga.* 43 (162 S. E. 138).

*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*

Decided February 17, 1932.

*Burress & Dillard,* for plaintiff. *Morris Macks,* for defendant.